**SEALED**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 15cr10145 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. **DEMETRIUS WILLIAMS**, a/k/a "Troll," | ) | 21 U.S.C. § 846 -- |
| 2. **YANCEY WILLIAMS**, a/k/a "Yung," | ) | Conspiracy to Distribute Cocaine |
| 3. **TEVIN ABERCROMBIE,** | ) | Base, Cocaine, and Heroin |
| 4. **ROBERTO ANDRADE,** | ) | |
| 5. **YANCEY CALHOUN**, a/k/a "Pops," | ) | 18 U.S.C. § 922(g)(1)-- |
| 6. **ANTHONY COPLIN,** | ) | Felon-in-Possession Of |
| 7. **BENJAMIN FIGUEROA,** | ) | Firearm and Ammunition |
| 8. **DERONN FUNCHES**, a/k/a "Slim Dealz," | ) | |
| 9. **MICHAEL GAINES**, a/k/a "Holiday," | ) | 21 U.S.C. § 853 – |
| 10. **SHAROD HOPKINS,** | ) | Criminal Forfeiture Allegation |
| 11. **LORENZO MYERS**, a/k/a "Zo**,**" | ) | |
| 12. **LOUIS WHITEHEAD, a/k/a "L," and** a/k/a "Little Man," | ) ) | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) -- |
| 13. **ARTHUR WILLIAMS**, a/k/a "G," and a/k/a "G-Code," and a/k/a "G-Source," | ) ) | Criminal Forfeiture Allegation |
| 14. **BRANDI WILLIAMS**, a/k/a "Breezy," and | ) | |
| 15. **SEKOU WILLIAMS,** a/k/a "Shoes," | ) | |
| Defendants. | ) | |

## INDICTMENT

**COUNT ONE**:   (Title 21, United States Code, Section 846 -- Conspiracy to Distribute, Cocaine Base, Cocaine, and Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury and continuing until on or about June 16, 2015, at Boston, and elsewhere in the District of Massachusetts, at Portland, and elsewhere in the District of Maine, and at other places presently known and unknown:

        1.    **DEMETRIUS WILLIAMS**, a/k/a "Troll,"
        2.    **YANCEY WILLIAMS**, a/k/a "Yung,"
        3.    **TEVIN ABERCROMBIE,**
        4.    **ROBERTO ANDRADE,**

|     |     |
| --- | --- |
| 5.  | **YANCEY CALHOUN**, a/k/a "Pops," |
| 6.  | **ANTHONY COPLIN**, |
| 7.  | **BENJAMIN FIGUEROA**, |
| 8.  | **DERONN FUNCHES**, a/k/a "Slim Dealz," |
| 9.  | **MICHAEL GAINES**, a/k/a "Holiday," |
| 10. | **SHAROD HOPKINS**, |
| 11. | **LORENZO MYERS**, a/k/a "Zo," |
| 12. | **LOUIS WHITEHEAD**, a/k/a "L," and a/k/a "Little Man," |
| 13. | **ARTHUR WILLIAMS**, a/k/a "G," and a/k/a "G-Code," and a/k/a "G-Source," |
| 14. | **BRANDI WILLIAMS**, a/k/a "Breezy," and |
| 15. | **SEKOU WILLIAMS**, a/k/a "Shoes," |

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, cocaine base, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii). Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii), is applicable to this count.

The Grand Jury further charges that 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable and were reasonably foreseeable to defendant **DEMETRIUS WILLIAMS**. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii), is applicable to this count as to this defendant.

The Grand Jury further charges that 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable and

were reasonably foreseeable to defendants **ANTHONY COPLIN, LOUIS WHITEHEAD,** and **ARTHUR WILLIAMS**. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii), is applicable to this count as to these three defendants.

The Grand Jury further charges that the conspiracy described herein involved 280 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii). Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

The Grand Jury further charges that 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, are attributable and were reasonably foreseeable to defendant **DEMETRIUS WILLIAMS**. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii), is applicable to this count as to these two defendants.

The Grand Jury further charges that 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, are attributable and were reasonably foreseeable to defendants **YANCEY WILLIAMS, TEVIN ABERCROMBIE, ROBERTO ANDRADE, YANCEY CALHOUN, BENJAMN FIGUEROA, MICHAEL GAINES, SHAROD HOPKINS,** and **SEKOU WILLIAMS**. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count as to these eight defendants.

The Grand Jury further charges that the conspiracy described herein involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i). Accordingly,

Title 21, United States Code, Section 841(b)(1)(B)(i), is applicable to this count.

The Grand Jury further charges that 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, are attributable and were reasonably foreseeable to defendants **DEMETRIUS WILLIAMS** and **ARTHUR WILLIAMS.** Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i), is applicable to this count as to these two defendants.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:** (Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

The Grand Jury further charges that:

On or about December 4, 2014, at Boston, in the District of Massachusetts,

3. **TEVIN ABERCROMBIE,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Hi-Point, Model C-9, 9mm Luger semiautomatic pistol, bearing serial number P1447055 and containing 6 rounds of 9 millimeter Luger ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## DRUG FORFEITURE ALLEGATION
### (Title 21, United States Code, Section 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment:

    1. **DEMETRIUS WILLIAMS**, a/k/a "Troll,"
    2. **YANCEY WILLIAMS**, a/k/a "Yung,"
    3. **TEVIN ABERCROMBIE,**
    4. **ROBERTO ANDRADE,**
    5. **YANCEY CALHOUN**, a/k/a "Pops,"
    6. **ANTHONY COPLIN,**
    7. **BENJAMIN FIGUEROA,**
    8. **DERONN FUNCHES**, a/k/a "Slim Dealz,"
    9. **MICHAEL GAINES**, a/k/a "Holiday,"
    10. **SHAROD HOPKINS,**
    11. **LORENZO MYERS**, a/k/a "Zo,"
    12. **LOUIS WHITEHEAD**, a/k/a "L," and a/k/a "Little Man,"
    13. **ARTHUR WILLIAMS**, a/k/a "G," and a/k/a "G-Code," and a/k/a "G-Source,"
    14. **BRANDI WILLIAMS**, a/k/a "Breezy," and
    15. **SEKOU WILLIAMS**, a/k/a "Shoes,"

defendants herein, shall forfeit to the United States, jointly and severally, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including but not limited to:

    (a) one black 2006 Mercedes Benz E350 bearing VIN WDBUF87J26X181761 and Massachusetts registration 1FG638;

    (b) one white 2007 Mercedes Benz S550 bearing VIN WDDNG71XX7A042238 and Massachusetts registration 1WE545;

    (c) one black 2007 Mercedes Benz GL450 bearing VIN 4JGBF71E57A185995 and Massachusetts registration 1MA773;

    (d) one blue 2007 Nissan Altima bearing VIN 1N4AL21E37C181952 and Massachusetts registration 777XV9;

  (e)  one red 2007 Maserati Quattro sedan bearing VIN ZAMCE39A270028447 and Massachusetts registration 724TE4; and

  (f)  $50,040 from the bail account at Boston Municipal Court, which was tendered in the form of a Citizens Bank official check number 512726440-5, dated September 28, 2014, used to bail Demetrius Williams, relative to Boston Municipal Court Docket Number 1401CR06043.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

  (a)  cannot be located upon the exercise of due diligence;

  (b)  has been transferred or sold to, or deposited with, a third party;

  (c)  has been placed beyond the jurisdiction of the Court;

  (d)  has been substantially diminished in value; or

  (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above, including but not limited to:

  (a)  one blue 1970 Buick Electra bearing VIN 484670H104030 and Massachusetts registration 49VF62.

All pursuant to Title 21, United States Code, Section 853.

## GUN FORFEITURE ALLEGATION
### (Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c))

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count Two of this Indictment:

    3. **TEVIN ABERCROMBIE,**

defendant herein, shall forfeit to the United States, any firearms or ammunition involved in or used in any knowing commission of the offense, including, but not limited to the following:

    (a) one Hi-Point, Model C-9, 9mm Luger semiautomatic pistol, bearing serial number P1447055 and containing 6 rounds of 9 millimeter Luger ammunition.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
EMILY CUMMINGS
MICHAEL J. CROWLEY
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS					June 16, 2015

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:12 p.m

6/16/15