%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.**   II | **Investigating Agency**   FBI |

**City**   Boston      **Related Case Information:**

**County**   Suffolk

Superseding Ind./ Inf.        Case No.
Same Defendant        New Defendant
Magistrate Judge Case Number   See Attached
Search Warrant Case Number   See Attached
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Demetrius Williams      Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name   "Troll"

Address   (City & State)

Birth date (Yr only): 1986   SSN (last4#): 5828   Sex M    Race: _____    Nationality: _____

**Defense Counsel if known:**   John G. Swomley, Esq.    Address 227 Lewis Wharf

**Bar Number**       Boston MA 02110

**U.S. Attorney Information:**

**AUSA**   Emily Cummings      Bar Number if applicable

**Interpreter:**   ☐ Yes ☑ No    List language and/or dialect:

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date**   01/12/2015

☑ Already in Federal Custody as of   01/12/2015   in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ————   ☐ Misdemeanor ————   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   June 16, 2015      Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Demetrius Williams _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2  18 USC 2 | Aiding and Abetting | 1 |
| Set 3  21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**   II              **Investigating Agency**    FBI

**City**    Boston                              **Related Case Information:**

**County**    Suffolk                  Superseding Ind./ Inf. _____  Case No. _____
                                       Same Defendant _____  New Defendant _____
                                       Magistrate Judge Case Number    See Attached
                                       Search Warrant Case Number    See Attached
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Yancey Williams _____ Juvenile:        ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name        "Yung" _____

Address           (City & State) _____

Birth date (Yr only): 1987   SSN (last4#): 3101    Sex M     Race: _____    Nationality: _____

**Defense Counsel if known:**          _____    Address _____

**Bar Number**                         _____                _____

**U.S. Attorney Information:**

**AUSA**    Emily Cummings _____   Bar Number if applicable   _____

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect:   _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

        ☑ Warrant Requested            ☐ Regular Process            ☑ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at   Norfolk HOC _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty ————        ☐ Misdemeanor ————        ☑ Felony  1 ————

                              Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   June 16, 2015        Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Yancey Williams, a/k/a "Yung"

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   28 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

15cr10145

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** __II__          **Investigating Agency** __FBI__

**City**   __Boston__                          **Related Case Information:**

**County**   __Suffolk__                        Superseding Ind./ Inf. _____  Case No. _____
                                                Same Defendant _____  New Defendant _____
.                                               Magistrate Judge Case Number   See Attached _____
                                                Search Warrant Case Number   See Attached _____
                                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Tevin Abercrombie__ _____  Juvenile:          ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address        __(City & State)__ __Roxbury MA__ _____

Birth date (Yr only): __1994__  SSN (last4#): __6952__  Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:**        _____        Address _____

**Bar Number**        _____                _____

**U.S. Attorney Information:**

**AUSA**   __Emily Cummings__ _____  Bar Number if applicable   _____

**Interpreter:**      ☐ Yes   ☑ No        List language and/or dialect:   _____

**Victims:**        ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**        ☑ Yes   ☐ No

      ☑ Warrant Requested              ☐ Regular Process              ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Suffolk Cty Jail - Nashua St__   ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty ———        ☐ Misdemeanor ———        ☑ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:   June 16, 2015              Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Tevin Abercrombie _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   18 USC 922(g)(1) | Felon in Possession of Firearm and Ammunition | 2 |
| Set 4   18 USC 853 | Criminal Forfeiture Allegation | |
| Set 5   18 USC 924(d) | Criminal Forfeiture Allegation | |
| Set 6   28 USC 2461(c) | Criminal Forfeiture Allegation | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____      **Investigating Agency** FBI _____

**City** ___Boston___                **Related Case Information:**

**County** ___Suffolk___        Superseding Ind./ Inf. _____       Case No. _____
                                Same Defendant _____      New Defendant _____
                                Magistrate Judge Case Number ___See Attachment___
                                Search Warrant Case Number ___See Attachment___
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Roberto Andrade _____     Juvenile:        ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address        (City & State)  Brockton MA _____

Birth date (Yr only): _____  SSN (last4#):_____  Sex M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____            Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA**  Emily Cummings _____      Bar Number if applicable _____

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

    ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    June 16, 2015        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Roberto Andrade _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1 |
| Set 3 | 21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  Boston          **Related Case Information:**

**County**  Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  See Attached
Search Warrant Case Number  See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Yancey Calhoun          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name  "Pops"

Address  (City & State)

Birth date (Yr only): 1967  SSN (last4#): _____  Sex M  Race: _____  Nationality: _____

**Defense Counsel if known:**  _____          Address _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  Emily Cummings          Bar Number if applicable  _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at —————————— ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  _____  on  _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ————          ☐ Misdemeanor ————          ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  June 16, 2015          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Yancey Calhoun, a/k/a "Pops"     _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

℘JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.**   II          **Investigating Agency**   FBI

**City**   Boston                   **Related Case Information:**

**County**   Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   See Attached
Search Warrant Case Number   See Attached
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Anthony Coplin _____   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State)  Roslindale MA

Birth date (Yr only): 1965   SSN (last4#): 8811   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Emily Cummings            Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ————   ☐ Misdemeanor ———   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   June 16, 2015        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Anthony Coplin _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __FBI__

**City** __Boston__      **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __See Attachment__
Search Warrant Case Number __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Benjamin Figueroa__      Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ Framingham MA _____

Birth date (Yr only): _____ SSN (last4#): _____ Sex __M__    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Emily Cummings__      Bar Number if applicable _____

**Interpreter:**    ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ———————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __June 16, 2015__      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Benjamin Figueroa _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2    18 USC 2 | Aiding and Abetting | 1 |
| Set 3    21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   FBI

**City**   **Boston**     **Related Case Information:**

**County**   **Suffolk**

Superseding Ind./ Inf.     Case No.
Same Defendant     New Defendant
Magistrate Judge Case Number   See Attached
Search Warrant Case Number   See Attached
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Deronn Funches     Juvenile:     ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes   ☑ No

Alias Name   "Slim Dealz"

Address   (City & State) Dorchester MA

Birth date (Yr only): 1977   SSN (last4#): 1915   Sex M     Race: _____     Nationality: _____

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Emily Cummings     Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

    ☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   June 16, 2015     Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Deronn Funches   _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribue Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 _____ | | |
| Set 5 _____ | | |
| Set 6 _____ | | |
| Set 7 _____ | | |
| Set 8 _____ | | |
| Set 9 _____ | | |
| Set 10 _____ | | |
| Set 11 _____ | | |
| Set 12 _____ | | |
| Set 13 _____ | | |
| Set 14 _____ | | |
| Set 15 _____ | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Boston__                    **Related Case Information:**

**County** __Suffolk__         Superseding Ind./ Inf. _____   Case No. _____
                              Same Defendant _____   New Defendant _____
                              Magistrate Judge Case Number   See Attachment
                              Search Warrant Case Number   See Attachment
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Michael Gaines_____   Juvenile:   ☐ Yes ☑ No

              Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name      __"Holiday"__

Address         __(City & State)  Dorchester MA__

Birth date (Yr only): __1987__  SSN (last4#): __4977__  Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____                          _____

**U.S. Attorney Information:**

**AUSA**   __Emily Cummings_____   Bar Number if applicable   _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:   _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __June 16, 2015__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Michael Gaines, a/k/a "Holiday"

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Action | |
| Set 4 _____ | _____ | |
| Set 5 _____ | _____ | |
| Set 6 _____ | _____ | |
| Set 7 _____ | _____ | |
| Set 8 _____ | _____ | |
| Set 9 _____ | _____ | |
| Set 10 _____ | _____ | |
| Set 11 _____ | _____ | |
| Set 12 _____ | _____ | |
| Set 13 _____ | _____ | |
| Set 14 _____ | _____ | |
| Set 15 _____ | _____ | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Boston__       **Related Case Information:**

**County** __Suffolk__

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant _____ |
| Magistrate Judge Case Number | See Attachment |
| Search Warrant Case Number | See Attachment |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name __Sharod Hopkins__    Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Mattapan MA__

Birth date (Yr only): __1989__ SSN (last4#): __8457__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Emily Cummings__    Bar Number if applicable _____

**Interpreter:**    ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __June 16, 2015__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Sharod Hopkins _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1 |
| Set 3 | 21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**℀JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

**City** __Boston__   **Related Case Information:**

**County** __Suffolk__   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __See Attached__
Search Warrant Case Number __See Attached__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Lorenzo Myers__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __"Zo"__

Address __(City & State) Roxbury MA__

Birth date (Yr only): __1987__ SSN (last4#): __8345__ Sex __M__   Race: _____ Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____   _____

**U.S. Attorney Information:**

**AUSA** __Emily Cummings__   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __June 16, 2015__   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Lorenzo Myers, a/k/a "Zo" _____

<strong>U.S.C. Citations</strong>

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   FBI

**City**   **Boston**      **Related Case Information:**

**County**   **Suffolk**

Superseding Ind./ Inf.       Case No.
Same Defendant       New Defendant
Magistrate Judge Case Number   See Attached
Search Warrant Case Number   See Attached
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Louis Whitehead       Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name   "L" and "Little Man"

Address   (City & State)

Birth date (Yr only): 1980   SSN (last4#): 2289   Sex M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Emily Cummings      Bar Number if applicable _____

**Interpreter:**    ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

   ☑ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Norfolk County Jail   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   June 16, 2015     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Louis Whitehead, a/k/a "L" and "Little Man"

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  **II**          Investigating Agency  **FBI**

**City**  **Boston**          **Related Case Information:**

**County**  **Suffolk**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  See Attachment
Search Warrant Case Number  See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Arthur Williams          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name  "G", "G-Code", and "G-Source"

Address  (City & State)

Birth date (Yr only): 1977  SSN (last4#): 1311  Sex M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Emily Cummings          Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Norfolk County Jail  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  June 16, 2015          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Arthur Williams, a/k/a "G," G-Code," and "G-Force"

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4   _____ | _____ | _____ |
| Set 5   _____ | _____ | _____ |
| Set 6   _____ | _____ | _____ |
| Set 7   _____ | _____ | _____ |
| Set 8   _____ | _____ | _____ |
| Set 9   _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Category No. **II**     **Investigating Agency** **FBI**

**City**   **Boston**      **Related Case Information:**

**County**   **Suffolk**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number   See Attachment

Search Warrant Case Number   See Attachment

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Brandi Williams      Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name   "Breezy"

Address   (City & State) Jamaica Plain MA

Birth date (Yr only): 1988   SSN (last4#): 6238   Sex F   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Emily Cummings      Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   June 16, 2015      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Brandi Williams, a/k/a "Breezy" _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City**  __Boston__          **Related Case Information:**

**County**  __Suffolk__          Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number     See Attachment
Search Warrant Case Number     See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Sekou Williams__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name  __"Shoes"__

Address  __(City & State) Quincy MA__

Birth date (Yr only): __1980__  SSN (last4#): __2491__  Sex __M__     Race: _____     Nationality: _____

**Defense Counsel if known:**  _____          Address _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  __Emily Cummings__          Bar Number if applicable  _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes     ☐ No

**Matter to be SEALED:**     ☑ Yes     ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**     ☐ Petty ——     ☐ Misdemeanor ——     ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   __June 16, 2015__          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Sekou Williams, a/k/a "Shoes"

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin | 1 |
| Set 2   18 USC 2 | Aiding and Abetting | 1 |
| Set 3   21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013